[No. 25205-8-II.   Division Two.   March 16, 2001.]

WILLIAM BURKETT, *Appellant*, v. ANNETTE SANDBERG, *as Chief of the Washington State Patrol*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-2-03835-0, Christine A. Pomeroy, J., entered September 24, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 25228-7-II.   Division Two.   March 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. GRACIAN M. CLINE, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 98-1-00157-2, William E. Howard, J., entered October 8, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[No. 25278-3-II.   Division Two.   March 16, 2001.]

*In the Matter of the Marriage of* SUSAN L. JONES, *Respondent*, and CRAIG L. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-3-01142-3, Vicki L. Hogan, J., entered October 29, 1999. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Bridgewater, JJ.

[No. 25323-2-II.   Division Two.   March 16, 2001.]

*In the Matter of the Detention of* W.G.
W.G., *Appellant*, v. JOAN MOORING, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-6-00937-3, Frederick W. Fleming, J., entered October 22, 1999. *Dismissed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Quinn-Brintnall, JJ.